# In the United States Court of Federal Claims

### OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * *
| | | |
|---|---|---|
| PAUL GRABAREK, | * | No. 13-817V |
| | * | Special Master Christian J. Moran |
| Petitioner, | * | |
| | * | Filed: September 23, 2014 |
| v. | * | |
| | * | Stipulation; Tetanus-Diphtheria- |
| SECRETARY OF HEALTH | * | acellular Pertussis ("Tdap") vaccine; |
| AND HUMAN SERVICES, | * | Chronic Inflammatory Demyelinating |
| | * | Polyradiculoneuropathy ("CIDP"); |
| Respondent. | * | attorneys' fees and costs. |

* * * * * * * * * * * * * * * * * * * *

Edward Kraus, Law Offices Chicago-Kent College of Law, Chicago, IL, for Petitioner;
Claudia Gangi, United States Dep't of Justice, Washington, DC, for Respondent.

### UNPUBLISHED DECISION[1]

On September 19, 2014, respondent filed a joint stipulation concerning the petition for compensation filed by Paul Grabarek on October 21, 2013. In his petition, Mr. Grabarek alleged that the tetanus-diphtheria-acellular pertussis ("Tdap") vaccine, which is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. §100.3(a), and which he received on July 21, 2011, caused him to suffer chronic inflammatory demyelinating polyradiculoneuropathy ("CIDP"). Petitioner represents that there has been no prior award or settlement of a civil action for damages on his behalf as a result of his condition.

Respondent denies that the Tdap vaccine caused petitioner's alleged CIDP, any other injury, or his current disabilities.

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the party has 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

Nevertheless, the parties agree to the joint stipulation, attached hereto as "Appendix A." The undersigned finds said stipulation reasonable and adopts it as the decision of the Court in awarding damages and attorneys' fees and costs, on the terms set forth therein.

Compensation awarded in that stipulation includes:

**A. A lump sum payment of $340,000.00 in the form of a check payable to Paul Grabarek, petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. §300aa-15(a); and**

**B. A lump sum of $27,632.00 in the form of a check payable jointly to petitioner and petitioner's attorney, Edward Kraus, Law Offices, Chicago-Kent College of Law, 565 West Adams Street, Suite 600, Chicago, IL, 60661, for attorneys' fees and costs available under 42 U.S.C. §300aa-15(e); and**

**C. A lump sum of $1,104.91 in the form of a check payable to petitioner for out-of-pocket expenses that were incurred by petitioner in proceeding on the petition, in accordance with General Order #9.**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk is directed to enter judgment in case 13-817V according to this decision and the attached stipulation.[2]

Any questions may be directed to my law clerk, Christina Gervasi, at (202) 357-6521.

**IT IS SO ORDERED.**

s/ Christian J. Moran
Christian J. Moran
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| PAUL GRABAREK, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 13-817V |
| v. ) | Special Master Moran |
| ) | ECF |
| SECRETARY OF HEALTH AND ) | |
| HUMAN SERVICES, ) | |
| ) | |
| Respondent. ) | |

STIPULATION

The parties hereby stipulate to the following matters:

1. Paul Grabarek, petitioner, filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to petitioner's receipt of the Tetanus-Diphtheria-acellular Pertussis ("Tdap") vaccine, which is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a).

2. Petitioner received his Tdap immunization on July 21, 2011.

3. The vaccine was administered within the United States.

4. Petitioner alleges that the Tdap vaccine caused his alleged Chronic Inflammatory Demyelinating Polyradiculoneuropathy ("CIDP").

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages on his behalf as a result of his condition.

1

6. Respondent denies that the Tdap vaccine caused petitioner's alleged CIDP, any other injury, or his current disabilities.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payments:

   a. A lump sum of $340,000.00 in the form of a check payable to petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a);

   b. A lump sum of $27,632.00 in the form of a check payable to petitioner and petitioner's attorney, Edward Kraus, Law Offices, Chicago-Kent College of Law, 565 West Adams Street, Suite 600, Chicago, IL, 60661, for, attorneys' fees and costs available under 42 U.S.C. § 300aa-15(e); and

   c. A lump sum of $1,104.91 in the form of a check payable to petitioner for out-of-pocket expenses that were incurred by petitioner in proceeding on the petition, in accordance with General Order #9.

9. Petitioner and his attorney represent that they have identified to respondent all known sources of payment for items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), including State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or entities that provide health services on a pre-paid basis.

10. Payments made pursuant to paragraph 8 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

2

11. The parties and their attorneys further agree and stipulate that, except for any award for attorneys' fees and litigation costs, and past unreimbursable expenses, the money provided pursuant to this Stipulation will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

12. In return for the payments described in paragraph 8, petitioner, in his individual capacity and on behalf of his heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, the Tdap vaccination administered on July 21, 2011, as alleged by petitioner in a petition for vaccine compensation filed on or about October 21, 2013, in the United States Court of Federal Claims as petition No. 13-817V.

13. If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

14. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

15. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

16. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that Tdap vaccine caused petitioner's alleged CIDP, any other injury, or his current disabilities.

17. All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns.

END OF STIPULATION

/
/
/
/
/
/
/
/
/

Respectfully submitted,

PETITIONER: *[signature]*

PAUL GRABAREK

ATTORNEY OF RECORD FOR
PETITIONER:

*[signature]*

EDWARD KRAUS, ESQ.
LAW OFFICES
CHICAGO-KENT COLLEGE OF LAW
565 West Adams St., Suite 600
Chicago, IL 60661
Tel: (312) 906-5072

AUTHORIZED REPRESENTATIVE
OF THE ATTORNEY GENERAL:

*[signature]*

VINCENT J. MATANOSKI
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

AUTHORIZED REPRESENTATIVE
OF THE SECRETARY OF HEALTH
AND HUMAN SERVICES:

*[signature]*

MELISSA A. HOUSTON, M.D., M.P.H.
Director, Division of Vaccine Injury
Compensation Programs (DICP)
Healthcare Systems Bureau
U.S. Department of Health and Human Services
5600 Fishers Lane
Parklawn Building, Stop 11C-26
Rockville, MD 20857

ATTORNEY OF RECORD FOR
RESPONDENT:

*Claudia B. Gangi by Heather L Pearlman*

CLAUDIA B. GANGI
Senior Trial Attorney
    Torts Branch
Civil Division
U. S. Department of Justice
P. O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel: (202) 616-4138

DATE: 09/19/14

5